# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

*David E. Patton*
*Executive Director*
*and Attorney-in-Chief*

*Southern District of New York*
*Jennifer L. Brown*
*Attorney-in-Charge*

December 27, 2019

**VIA ECF**
The Honorable Judge Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/6/2020

Re:  *United States v. Mikal Leahr*
     19 Cr. 913 (SHS)

Honorable Judge Stein:

I write to respectfully request that the Court extend the deadline for securing two cosigners to Mikal Leahr's bond until next Friday, January 3, 2020. The Government has no objection to this request.

On December 20, 2019, Magistrate Judge Kevin Fox released Mr. Leahr on his own signature and imposed bail conditions, including: a $25,000 personal recognizance bond, cosigned by two financially responsible persons; travel restricted to SDNY/EDNY; surrender of all travel documents and no new applications; and curfew of 7:00 AM to 8:00 PM. Mr. Leahr's bail conditions were to be met by today, Friday, December 27, 2019.

This morning, one cosigner interviewed to sign the bond but was denied. Another prospective cosigner, Mr. Leahr's mother, is sick with the flu and unable to travel to sign the bond. Given these circumstances and the intervening holidays, I respectfully ask for an additional week to schedule cosigner interviews with the Government and secure two cosigners to the bond. The Government has no objection to this request.

Thank you for your consideration of this matter.

Respectfully submitted,

/s/
Marne Lenox
Assistant Federal Defender
(212) 417-8721

SO ORDERED: 1/6/2020

HONORABLE SIDNEY H. STEIN
UNITED STATES DISTRICT JUDGE

cc:  AUSA Jacob Fiddelman (by ECF)