

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 10, 2021

**BY ECF**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   *United States v. Mikal Leahr*, S1 19 Cr. 913 (SHS) and 20 Cr. 61 (SHS)
      *United States v. Jose Irizarry*, S1 19 Cr. 913 (SHS)

Dear Judge Stein:

    In light of recent developments, the Government would benefit from a brief period of additional time to finalize its position regarding the appropriate sentences for defendants Mikal Leahr and Jose Irizarry. No prejudice will result from brief adjournments of these sentencing proceedings, because defendant Leahr is out on bail and defendant Irizarry is facing a mandatory minimum sentence. Accordingly, the Government respectfully requests that the Court adjourn the August 12, 2021 sentencing of defendant Leahr and the August 17, 2021 sentencing of defendant Irizarry by two weeks. The undersigned has consulted with the defendants' respective counsel, who consent to this request.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

by: _____
Jacob R. Fiddelman
Assistant United States Attorney
(212) 637-1024

cc:   Peggy Cross-Goldenberg, Esq.
      Thomas F.X. Dunn, Esq.

**Defendant Leahr's sentencing is adjourned to September 7 at 10:30 a.m. in Courtroom 23A, and defendant Irizarry's sentencing is adjourned to September 7 at 9:00 a.m. via videoconference.**

Dated: New York, New York
       August 10, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.