UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,                    :    19-Cr-913 (SHS)

               -v-                                    :    ORDER

JOSE IRIZARRY and MIKAL LEAHR,        :

              Defendants.                   :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    At the request of the parties,

    IT IS HEREBY ORDERED that:

    1.    Jose Irizarry's sentencing is adjourned to September 14, 2021, at 11:00 a.m., and will take place as a video conference. In advance of the conference, Chambers will email the parties with further information on how to access the conference. Members of the public and the press may join the audio feed of the conference by dialing 888-273-3658 and using access code 7004275. Anyone accessing the video conference – whether in listen-only mode or otherwise – are reminded that recording or rebroadcasting of the proceeding is prohibited by law; and

    2.    Mikal Leahr's sentencing is adjourned to September 14, 2021, at 2:30 p.m., and will take place at the U.S. Courthouse, 500 Pearl Street, New York, New York, in Courtroom 23.

Dated: New York, New York
          August 12, 2021

                                        SO ORDERED:

                                        Sidney H. Stein, U.S.D.J.