UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,  :  19-Cr-913 (SHS)
                              20-Cr-61 (SHS)
        -v-                :

MIKAL LEAHR,               :  ORDER

            Defendant.     :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      A conference having been held today, with defendant present with attorney Peggy Cross-Goldenberg and AUSA Jacob Fiddelman present,

      IT IS HEREBY ORDERED that:

      1.    All conditions of release shall remain as set on December 20, 2019, including strict pretrial supervision at the direction of the pretrial services officer;

      2.    The curfew shall be at the discretion of the pretrial services officer; and

      3.    The Court waives the condition of electronic monitoring. Defendant shall report to the Pretrial Services Office in Room 550 at 500 Pearl Street, New York.

Dated: New York, New York
       September 14, 2021

SO ORDERED,

_____
Sidney H. Stein, U.S.D.J.