UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------x

UNITED STATES OF AMERICA,                    :          19-Cr-913 (SHS)

       -v-                                         :          ORDER

MIKAL LEAHR,                                         :

             Defendant.              :

--------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

      IT IS HEREBY ORDERED that defendant's sentencing date is adjourned to
January 5, 2023, at 2:30 p.m.

Dated: New York, New York
      December 7, 2022

SO ORDERED:

Sidney H. Stein, U.S.D.J.