UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 19-Cr-913 (SHS)<br>20-Cr-61 (SHS) |
| -v- | : | ORDER |
| MIKAL LEAHR, | : | |
| Defendant. | : | |

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

The sentencing in this matter is set for January 5, 2023, in Courtroom 17B at 2:30 p.m.

IT IS HEREBY ORDERED that the parties are directed to update the Court as to the status of this matter since September 14, 2021 (*see* ECF Doc. No. 129] and their respective positions as to an appropriate sentence in writing on or before 12:00 p.m. on January 4, 2023.

Dated: New York, New York
      January 3, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.