UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 19-Cr-913 (SHS) |
| | | 20-Cr-61 (SHS) |
| -against- | : | |
| MIKAL LEAHR, | : | ORDER |
| Defendant. | : | |

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that the defendant is sentenced today to time served

Dated: New York, New York
       January 5, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.